D+F

[Clerk's Office stamp: JAN 1 2012]

DATE: 1/5/12

DEAR: MR. Anthony Senft, LONG ISLAND OFFICE

CR-10-00074(JFB)-26

I ADALBERto GUZMAN # 83741-004, AM one of your clients. I have had plenty of time to think, & I have come to the conclusion that you are not working for what's in my best interest, therefore I am respectfully informing you that I no longer wish for you to represent me. I am also writing a letter to the Judge informing him of my request to no longer have you represent me.

Respectfully
ADALBERto GUZMAN
# 83741-004